# Exhibit "A"

**U.S. Department of Labor**
Occupational Safety and Health Administration
Boston Area Office South
639 Granite Street-4th floor
Braintree, MA 02184
Phone: (617)565-6924  FAX: (617)565-6923



# Citation and Notification of Penalty

**To:**
Star Service Corporation
and its successors
7 Meridian Street
East Boston, MA 02128

**Inspection Site:**
Intersection of Meridian and Saratoga Streets
Boston, MA 02128

**Inspection Number:** 313794240
**Inspection Date(s):** 09/09/2009-10/01/2009
**Issuance Date:** 01/07/2010

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or , if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer. The penalty dollar amounts need not be posted and may be marked out or covered up prior to posting.

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the page 3 Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and p    of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** - You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.</u>

**Penalty Payment** - Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance.

OSHA does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Notification of Corrective Action** - For violations which you do not contest, you should notify the U.S. Department of Labor Area Office promptly by letter that you have taken appropriate corrective action within the time frame set forth on this Citation. Please inform the Area Office in writing of the abatement steps you have taken and of their dates, together with adequate supporting documentation, e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results, etc.

**Employer Discrimination Unlawful** - The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** - The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** - The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation, but not sooner than 30 calendar days after the Citation Issuance Date. You are encouraged to review the information concerning your establishment at WWW.OSHA.GOV. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration

## NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on 01/07/2010. The conference will be held at the OSHA office located at Boston Area Office South, 639 Granite Street-4th floor, Braintree, MA, 02184 on _____ at _____. Employees and/or representatives of employees have a right to attend an informal conference.

313794240

# U.S. DEPARTMENT OF LABOR
# OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

### GUIDELINES FOR PREPARING AN ADEQUATE
### VERIFICATION OF ABATEMENT LETTER

OSHA cannot close out your file until adequate verification of abatement has been provided.

Please include the following in your abatement letter(s):

- Employer's name and address;

- OSHA inspection number (from the citation);

- For each item you are reporting on, indicate the Citation Number, Item Number, Instance, date corrected, and method of correction; (give a brief description of what actions were taken to correct each hazard)

  **EXAMPLE:**
  Citation 01, Item 01, Instance (a) -- Corrected on (DATE) by installing a guard on the Black & Decker table saw.

- For those items, only where it is specifically noted on the citation that "ABATEMENT DOCUMENTATION IS REQUIRED FOR THIS ITEM", please provide documentary evidence that abatement is complete. Such evidence may include, but is not limited to, evidence of the purchase or repair of equipment, photographic or video evidence, or other written records;

- A statement that affected employees and their representatives have been informed of the abatement;

- A statement that the information submitted is accurate;

- The signature of the employer or the employer's authorized representative.

- **"Certification of Abatement" must be received by OSHA within 13 calendar days after the Abatement Date.**

U.S. Department of Labor 
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010



## Citation and Notification of Penalty

**Company Name:** Star Service Corporation
**Inspection Site:** Intersection of Meridian and Saratoga Streets, Boston, MA 02128

---

Citation 1 Item 1    Type of Violation:  **Serious**

29 CFR 1926.20(b)(2): The accident prevention program did not provide for frequent and regular inspections of the job sites, materials, and equipment to be made by competent persons designated by the employer:

Location: Jobsite

The employer did not provide for frequent and regular inspections of the jobsite, materials, and equipment to be made by a competent person.

| Date By Which Violation Must be Abated: | 01/13/2010 |
|---|---|
| Proposed Penalty: | $ 1250.00 |

Citation 1 Item 2    Type of Violation:  **Serious**

29 CFR 1926.100(a): Employees were not protected by protective helmets while working in areas where there was a possible danger of head injury from impact, or from falling or flying objects, or from electrical shock and burns:

Location: Jobsite

Employees were exposed to overhead struck by hazards where head protection was not used or provided.

| Date By Which Violation Must be Abated: | 01/13/2010 |
|---|---|
| Proposed Penalty: | $ 1250.00 |

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010



## Citation and Notification of Penalty

Company Name: Star Service Corporation
Inspection Site: Intersection of Meridian and Saratoga Streets, Boston, MA  02128

---

**Citation 1 Item 3** Type of Violation: **Serious**

29 CFR 1926.300(b)(1): Power operated tool(s), designed to accommodate guards, were not equipped with such guards when in use:

Location: Jobsite

Employees were exposed to an amputation hazard where a circular masonry saw was operated without a blade guard.

"ABATEMENT DOCUMENTATION IS REQUIRED FOR THIS ITEM"

Date By Which Violation Must be Abated:          01/13/2010
Proposed Penalty:                                $    1250.00

**Citation 1 Item 4** Type of Violation: **Serious**

29 CFR 1926.403(b)(2): Listed, labeled, or certified equipment was not installed and used in accordance with instructions included in the listing, labeling, or certification:

Location: Jobsite, scaffold along exterior of building

Employees were exposed to electrical hazards where a relocatable power tap and a 4" junction box with pre-punched knock outs were being used to provide electricity for the power tools onsite.

Date By Which Violation Must be Abated:          01/13/2010
Proposed Penalty:                                $    1250.00

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010

## Citation and Notification of Penalty

**Company Name:** Star Service Corporation
**Inspection Site:** Intersection of Meridian and Saratoga Streets, Boston, MA 02128

---

**Citation 1 Item 5** Type of Violation: **Serious**

29 CFR 1926.404(b)(1)(i): Employer did not use either groundfault circuit interrupters as specified in paragraph (b)(1)(ii) of this section, or an assured equipment grounding conductor program as specified in paragraph (b)(1)(iii) of this section to protect employees on construction sites:

Location: Jobsite

Employees were exposed to electrical hazards where temporary wiring used to provide elctricity was plugged into a receptacle that did not have a ground fault circuit interrupter and an assured equipment grounding conductor program was not in place.

Date By Which Violation Must be Abated: 01/13/2010
Proposed Penalty: $ 1250.00

**Citation 1 Item 6** Type of Violation: **Serious**

29 CFR 1926.451(a)(1): Each scaffold and scaffold component was not capable of supporting, without failure, its own weight and at least 4 times the maximum intended load applied or transmitted to it:

Location: Jobsite

Employees working from a pump jack scaffold were exposed to a fall of up to 24' during the course of work where their work platform consisted of half of an extension ladder with two dressed pieces of lumber on top of the ladder.

"ABATEMENT DOCUMENTATION IS REQUIRED FOR THIS ITEM"

Date By Which Violation Must be Abated: 01/13/2010
Proposed Penalty: $ 3500.00

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.



**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010

## Citation and Notification of Penalty

Company Name: Star Service Corporation
Inspection Site: Intersection of Meridian and Saratoga Streets, Boston, MA  02128

---

Citation 1 Item 7   Type of Violation:   **Serious**

29 CFR 1926.451(c)(2): Supported scaffold poles, legs, posts, frames, and uprights did not bear on base plates and mud sills or other adequate firm foundation:

Location: Jobsite

Employees were exposed to fall hazards where a tubular welded frame scaffold was erected without base plates.

"ABATEMENT DOCUMENTATION IS REQUIRED FOR THIS ITEM"

| Date By Which Violation Must be Abated: | 01/13/2010 |
|---|---|
| Proposed Penalty: | $     1000.00 |

Citation 1 Item 8   Type of Violation:   **Serious**

29 CFR 1926.451(f)(12): Wind screens shall not be used unless the scaffold is secured against the anticipated wind forces imposed.

Location: Jobsite

Employees working from a pump jack scaffold were exposed to fall and scaffold collapse hazards where a wind screen was attached to the scaffold and a competent person did not inspect the scaffold to determine if it was secured adequately against the anticipated wind forces.

| Date By Which Violation Must be Abated: | 01/13/2010 |
|---|---|
| Proposed Penalty: | $     1250.00 |

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

# U.S. Department of Labor
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010



## Citation and Notification of Penalty

**Company Name:** Star Service Corporation
**Inspection Site:** Intersection of Meridian and Saratoga Streets, Boston, MA 02128

---

### Citation 1 Item 9  Type of Violation: Serious

29 CFR 1926.451(g)(3): Personal fall arrest systems did not meet the fall protection requirements of 1926.502(d):

Location: Roof

Two employees working from a pump jack scaffold were exposed to a fall of up to 24' where personal fall arrest systems were installed improperly in two instances.

Instance a: A snap hook on one of the vertical lifelines was engaged directly to the rope of the lifeline to create an anchor point.

Instance b: A vertical lifeline was not capable of withstanding a 5000 pound load as it was lengthened by tying two lifelines together with a knot and the lifeline was attached to its anchor point with a knot.

"ABATEMENT DOCUMENTATION IS REQUIRED FOR THIS ITEM"

| | |
|---|---|
| Date By Which Violation Must be Abated: | 01/13/2010 |
| Proposed Penalty: | $ 3500.00 |

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty        Page 8 of 14        OSHA-2 (Rev. 9/93)

U.S. Department of Labor
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010



## Citation and Notification of Penalty

Company Name: Star Service Corporation
Inspection Site: Intersection of Meridian and Saratoga Streets, Boston, MA 02128

---

Citation 1 Item 10   Type of Violation:   **Serious**

29 CFR 1926.451(g)(3)(i):  When vertical life lines are used they shall be fastened to a fixed safe point of anchorage, shall be independent of the scaffold and shall be protected from sharp edges and abrasions.

Location: Jobsite

Two employees working from a pump jack scaffold were exposed to a fall of up to 24' where personal fall arrest systems were installed with vertical lifelines that were not anchored to safe fixed anchor points and independent of the pump jack scaffold.

"ABATEMENT DOCUMENTATION IS REQUIRED FOR THIS ITEM"

| | |
|---|---|
| Date By Which Violation Must be Abated: | 01/13/2010 |
| Proposed Penalty: | $   3500.00 |

Citation 1 Item 11   Type of Violation:   **Serious**

29 CFR 1926.452(j)(2):  Poles shall be secured to the structure by rigid triangular bracing or equivalent at the bottom, top, and other points necessary:

Location: Jobsite

Employees working from a pump jack scaffold were exposed to a fall hazard where the pump jack poles only had triangular bracing at the top and no bracing at the bottom.

"ABATEMENT DOCUMENTATION IS REQUIRED FOR THIS ITEM"

| | |
|---|---|
| Date By Which Violation Must be Abated: | 01/13/2010 |
| Proposed Penalty: | $   3500.00 |

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.



**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date:    01/07/2010

### Citation and Notification of Penalty

Company Name:    Star Service Corporation
Inspection Site: Intersection of Meridian and Saratoga Streets, Boston, MA  02128

---

Citation 1 Item 12    Type of Violation:   **Serious**

29 CFR 1926.454(a): Each employee who performs work from a scaffold was not trained by a qualified person in the subject matter to recognize, understand and minimize hazards associated with the type of scaffold being used and to understand the procedures to control or minimize those hazards:

Location: Jobsite

Employees working from a tubular welded scaffold and a pump jack scaffold were not provided with scaffold training from the employer.

| Date By Which Violation Must be Abated: | 01/27/2010 |
|---|---|
| Proposed Penalty: | $    750.00 |

Citation 1 Item 13    Type of Violation:   **Serious**

29 CFR 1926.501(b)(1): Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is six feet (1.8m) or more above a lower level was not protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems:

Location: Jobsite

Employees were exposed to a fall of 9' and 12' from an unguarded roof edge and walkway located adjacent to the tubular welded frame scaffold.

"ABATEMENT DOCUMENTATION IS REQUIRED FOR THIS ITEM"

| Date By Which Violation Must be Abated: | 01/13/2010 |
|---|---|
| Proposed Penalty: | $   3500.00 |

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.



**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010

## Citation and Notification of Penalty

Company Name: Star Service Corporation
Inspection Site: Intersection of Meridian and Saratoga Streets, Boston, MA 02128

---

**Citation 1 Item 14** Type of Violation: **Serious**

29 CFR 1926.1053(b)(1): Portable ladders were used for access to an upper landing surface and the ladder side rails did not extend at least 3 feet (.9 m) above the upper landing surface to which the ladder was used to gain access: or, when such an extension is not possible because of the ladder's length, then the ladder shall be secured at its top to rigid support that will not deflect, and a grasping device, such as a grabrail, shall be provided to assist employees in mounting and dismounting the ladder.

Location: Jobsite

Employees using two ladders to access the tubular welded scaffold and the roof were exposed to fall hazards where the ladders did not extend at all above the landing surfaces.

| | |
|---|---|
| Date By Which Violation Must be Abated: | 01/13/2010 |
| Proposed Penalty: | $ 1250.00 |

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty     Page 11 of 14     OSHA-2 (Rev. 9/93)

  

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010

## Citation and Notification of Penalty

Company Name: Star Service Corporation
Inspection Site: Intersection of Meridian and Saratoga Streets, Boston, MA  02128

---

Citation 1 Item 15   Type of Violation:   **Serious**

29 CFR 1926.1053(b)(4): Ladders were used for purposes other than the purposes for which they were designed:

Location: Jobsite

Employees were exposed to fall hazards in two instances where portable ladders were used improperly.

Instance a: Employees working from a pump jack scaffold were exposed to a fall of up to 24' during the course of work where their work platform consisted of half of an aluminum extension ladder with two dressed pieces of lumber on top of the ladder.

Instance b: Employees were exposed to a fall of approximately 4' where a step ladder was used in the closed position and leaning against the wall to access the tubular welded scaffold.

"ABATEMENT DOCUMENTATION IS REQUIRED FOR THIS ITEM"

| | |
|---|---|
| Date By Which Violation Must be Abated: | 01/13/2010 |
| Proposed Penalty: | $    3500.00 |

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.



U.S. Department of Labor
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010

## Citation and Notification of Penalty

Company Name: Star Service Corporation
Inspection Site: Intersection of Meridian and Saratoga Streets, Boston, MA  02128

---

Citation 1 Item 16   Type of Violation:   **Serious**

29 CFR 1926.1060(a): The employer did not provide a training program for each employee using ladders and stairways which would train each employee in the procedures to be followed to minimize hazards related to ladders and stairways:

Location: Jobsite

Employees exposed to fall hazards while using ladders improperly were not provided with ladder training from the employer.

| | |
|---|---|
| Date By Which Violation Must be Abated: | 01/27/2010 |
| Proposed Penalty: | $    750.00 |

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty           Page 13 of 14           OSHA-2 (Rev. 9/93)






**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 313794240
Inspection Dates: 09/09/2009 - 10/01/2009
Issuance Date: 01/07/2010

## Citation and Notification of Penalty

Company Name: Star Service Corporation
Inspection Site: Intersection of Meridian and Saratoga Streets, Boston, MA 02128

---

Citation 2 Item 1  Type of Violation:  Other

29 CFR 1904.4(a):  A Log of Work-Related Injuries and Illnesses (OSHA Form 300) and/or the Summary of Work-Related Injuries and Illnesses (OSHA Form 301) or equivalent forms were not kept by the establishment:

Location: 7 Meridian Street, East Boston

OSHA 300 logs were not completed and manintained in three instances by the employer.

Instance a:

The employer did not complete and maintain an OSHA 300 log for the year 2008.

Instance b:

The employer did not complete and maintain an OSHA 300 log for the year 2007.

Instance c:

The employer did not complete and maintain an OSHA 300 log for the year 2006.

Date By Which Violation Must be Abated:                01/27/2010
Proposed Penalty:                                      $     1500.00

Brenda J. Gordon
Area Director

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty       Page 14 of 14       OSHA-2 (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration
Boston Area Office South
639 Granite Street-4th floor
Braintree, MA 02184
Phone: (617)565-6924 FAX: (617)565-6923



# INVOICE/
# DEBT COLLECTION NOTICE

| | |
|---|---|
| **Company Name:** | Star Service Corporation |
| **Inspection Site:** | Intersection of Meridian and Saratoga Streets, Boston, MA 02128 |
| **Issuance Date:** | 01/07/2010 |

**Summary of Penalties for Inspection Number 313794240**

| | | |
|---|---|---|
| Citation 1, Serious | = $ | 32250.00 |
| Citation 2, Other | = $ | 1500.00 |
| **TOTAL PROPOSED PENALTIES** | **= $** | **33750.00** |

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance.

OSHA does not agree to any restrictions or conditions put on any check or money order for less than full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

If a personal check is issued, it will converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then ussualy occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to 2 times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

<u>Interest</u>. Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is 3%. Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you

file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**. A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**. Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____        _1/7/2010_____
Brenda J. Gordon                                              Date
Area Director

EXHIBIT B

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STAR Service Corp
   7 Meridian St
   East Boston MA
   02128

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 1-8-10
D. Is delivery address different from item 1? ☐ Yes ☒ No

   31379424D

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0000 0713 3896

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Brenda

## Certified Mail Receipts

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

- Postage $
- Certified Fee
- Return Receipt Fee (Endorsement Required)
- Restricted Delivery Fee (Endorsement Required)
- Total Postage & Fees $
- Postmark Here
- Sent To
- Street, Apt. No.; or PO Box No.
- City, State, ZIP+4

7003 3110 0000 0713 3896

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

- Postage $
- Certified Fee
- Return Receipt Fee (Endorsement Required)
- Restricted Delivery Fee (Endorsement Required)
- Total Postage & Fees $
- Postmark Here
- Sent To
- Street, Apt. No.; or PO Box No.
- City, State, ZIP+4

7003 3110 0000 0713 3889

PS Form 3800, June 2002    See Reverse for Instructions

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STAR Service Corp
   7 Meridian St
   East Boston MA
   02128

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 1-8-10
D. Is delivery address different from item 1? ☐ Yes ☒ No

   31210728

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0000 0713 3889

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540